1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11   DIOCELINA ALVARADO, an individual,
PETER HRADETZKY, an individual,
12   KASI MONTGOMERY, an individual,
AUGUST CATTANEO, an individual,
13   TROY VINTON, an individual,
DANIEL MYRZA, an individual,
14   DIETER BREMM, an individual,
JESSICA AUCK, an individual,
15   ALICE GEE, an individual,
FREDDIE VALLT, an individual,
16   JEREMIAS GASUAD, an individual,
GEORGE LEMBI, an individual,
17   SANDRA BARROS, an individual,
JOHN JOSEPHS, an individual,
18   ROBERT BRONSON, an individual,
ADNAN DERVISAGIC, an individual,
19   NATALI AGAFONOW, an individual,
ANDREY AMBALOV, an individual,
20   JUAN FIGUEROA, an individual,
SHANNON BAKER-LOPEZ, an
21   individual,
VINITA PRASAD, an individual,
22   HOPE RITTER, an individual,
DARRELL COLLINS, an individual,
23   JESS FOSS, an individual,
TOMMY TENNIES, an individual, and
24   CONSTANTINOS PAPAIOANNOU, an
individual,

25

26                      Plaintiffs,

27               v.

28   LASHER AUTO GROUP, a business,
NIELLO VOLKSWAGEN, a business,

) Case No. 2:16-cv-00979-JAM-
) KJN
)
) [PROPOSED] ORDER
) STAYING PROCEEDINGS
) PENDING TRANSFER TO
) MDL 2672
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL 2672
CASE NO. 2:16-CV-00979-JAM-KJN

1  HANLEES NAPA VOLKSWAGEN, a
   business, ELK GROVE VOLKSWAGEN,
   a business, VOLKSWAGEN GROUP OF
2  AMERICA, INC., a corporation, and
   DOES 1 through 10, inclusive,
3
4                       Defendants.
5

6

7          On June 10, 2016, Defendants Lasher Auto Group, Niello

8  Volkswagen, Hanlees Napa Volkswagen, Elk Grove Volkswagen, and Volkswagen

9  Group of America, Inc. ("VWGoA") (together, "Defendants") moved *ex parte* for

10 an order staying all proceedings in the instant action pending a determination by

11 the Judicial Panel on Multidistrict Litigation (the "JPML") concerning the transfer

12 of this action to *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and*

13 *Products Liability Litigation* (MDL No. 2672), No. 3:15-md-02672-CRB ( "MDL

14 2672"), which is currently pending before the Honorable Charles R. Breyer in the

15 United States District Court for the Northern District of California.

16         The Court, upon a finding of good cause, orders as follows:

17         **IT IS ORDERED** that Defendants' *ex parte* motion is GRANTED.

18         **IT IS FURTHER ORDERED** that further proceedings in this case

19 are hereby stayed, including any obligation of Defendants in this action to respond

20 to Plaintiffs' Complaint, pending the JPML's determination regarding the transfer

21 of this action to MDL 2672 or further order of the Court.

22

23 Dated:       6-14-2016

24

25

26                            The Honorable John A. Méndez
                              United States District Judge
27

28

-2-